**Larry E. PATTERSON Plaintiff–
Appellant,**

and ·

**Elmo A. Reid, Jr.; James
R. Clark, Plaintiffs,**

v.

**Timothy M. KAINE, Governor of the
State of Virginia, sued in his official
and individual capacity; John W.
Marshall, Secretary of Public Safety**

of Virginia, sued in his official and individual capacity; Helen F. Fahey, Chairperson of the Virginia Parole Board, sued in her official and individual capacity, Defendants–Appellees,

Derek T. Fritzinger; Melvin C. Dodson, Movants.

No. 10–7703.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Larry E. Patterson, Appellant Pro Se.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry E. Patterson appeals the district court's order denying his motion for relief judgment, filed pursuant to Fed.R.Civ.P. 60(b). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Patterson's informal brief does not challenge the basis for the district court's disposition, Patterson has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*